**STATEMENT OF FACTS**

On July 19, 2016, members of the United States Park Police Narcotics and Major Crimes Unit were in the 1400 block of 41st Street, S.E., Washington, D.C., when officers observed defendant Delonte Moore standing by an opened passenger door of a vehicle.  When the defendant saw the officers he tossed an item in the vehicle and started to walk away.  Officers smelled a strong odor of marijuana coming from the vehicle and asked the defendant to stop. The defendant complied and walked back towards the officers. Defendant Moore also had a strong odor of marijuana on his person.  The keys to the vehicle were on the defendant's person.  A search of the vehicle revealed a large ziplock bag containing a green weed substance suspected to be marijuana, 2 knotted pieces of plastic containing a green weed substance suspected marijuana, 4 digital scales, 42 small ziplock bags containing a tan powder substance suspected to be heroin, a back pack containing a loaded 9mm handgun, approximately 35 small ziplock bags containing a white powdery substance suspected to be cocaine, a mason jar containing 21 small ziplock bags containing a green weed substance suspected marijuana, numerous unused ziplock bags, and approximately $154 in United States currency.  The defendant was placed under arrest. A search of the defendant's person revealed approximately $123 in United States currency.  A portion of the suspected marijuana field tested positive for THC, a portion of the suspected heroin field tested positive for opiates, and a portion of the suspected cocaine field tested positive for cocaine HCL. The approximate weight of all the narcotics recovered indicated that the narcotics were going to be sold to others rather than used exclusively by the defendant. In addition, the defendant told the officers that the gun, the heroin and the marijuana were his and that he had been selling the heroin and the marijuana.  To the best of the undersigned investigator's knowledge, defendant Delonte D. Moore has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court for the District of Columbia, Criminal Case No. 2011-CF2-006491.  Before filing this complaint, the investigator reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crimes.

_____
INVESTIGATOR ANDREW KENESS
UNITED STATES PARK POLICE

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF JULY, 2016.

_____
U.S. DISTRICT COURT JUDGE